KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER    Bar No. 066401
ELLIOT CONN    Bar No. 279920
354 Pine St., 5th Floor
San Francisco, CA 94104
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

Attorneys for Plaintiff MONE'T D. LOVE

LEWIS, BRISBOIS, BISGAARD & SMITH
SHAHRAM NASSI    Bar No. 239812
JOSHUA K. BART    Bar No. 259134
333 Bush St., Ste. 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONE'T D. LOVE, | **Case No. 2:18-cv-02500-EFB** |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| FCA US LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED that this action is DISMISSED, in its entirety, with prejudice.

Dated: June 25, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE